(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

FILED
MAR 26 2015
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WARDELL L. GILES

PLAINTIFF

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

**Civ. Action No.** 15-268
(To be assigned by Clerk's Office)

PROBATION OFFICER JUSTIN K. KING, COMISSIONER OF CORRECTIONS & FEMALE OFFICER WHO ASSIGNED ME TO PROBATION OFFICER KING ET. AL

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

- [x] 42 U.S.C. § 1983 (state, county, or municipal defendants)
- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

GILES WARDELL L

Name (Last, First, MI) Aliases

00169355

Prisoner ID #

HOWARD R YOUNG CORRECTIONAL INSTITUTE

Place of Detention

1301 E. 12TH STREET

Institutional Address

NEW CASTLE COUNTY WILMINGTON DELAWARE 19801

County, City State Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- [x] Pretrial detainee WAITING FOR VIOLATION OF PROBATION HEARING
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner [illegible]
- [ ] Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: KING JUSTIN
Name (Last, First)

PROBATION OFFICER
Current Job Title

D054 GEORGETOWN PROBATION & PAROLE
22855 DUPONT BLVD
Current Work Address

GEORGETOWN DELAWARE 19947
County, City State Zip Code

Defendant 2: (?) ROBERT COUPE
Name (Last, First)

COMISSIONER OF CORRECTIONS
Current Job Title

?
Current Work Address

?
County, City State Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

**Defendant(s) Continued**

Defendant 3: ? PROBATION LADY OR SECRETARY WHO SIGNED ME UP FOR PROBATION

Name (Last, First)

WILL DETERMINE LATER

Current Job Title

Current Work Address

GEORGETOWN DELAWARE 19947

County, City State Zip Code

Defendant 4:

Name (Last, First)

Current Job Title

Current Work Address

County, City State Zip Code

Page 4 of 10

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: PROBATION & PAROLE OFFICE GEORGETOWN DE

Date(s) of occurrence: ON OR AROUND 12/8/2014

State which of your federal constitutional or federal statutory rights have been violated:

1ST, 4TH, 5TH, 6TH, 8TH AND 14TH AMONG OTHERS

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

What happened to you?

I WAS RETALIATED AGAINST BY THE DEPARTMENT OF CORRECTIONS FOR PRIOR CIVIL LITIGATION E.G GILES V. CAMPBELL. I WAS GIVEN PROBATION BY JUDGE STOKES ON 12/5/2014 FOR AN OLD AGGREVATED MENACING CHARGE. I WENT AND SIGNED UP AND I WAS TOLD BY OFFICER JUSTIN KING THAT THE LADY WHO SIGNED ME UP FOR PROBATION SIGN ME UP AS A SEX OFFENDER. I PLAINTIFF AND MY MOTHER ERNESTINE ONEY WHO IS A RETIRED DOC AND PROBATION AND PAROLE OFFICER WAS PRESENT WHEN OFFICER JUSTIN KING SAID THIS, I AND MY MOTHER TOLD OFFICER JUSTIN KING THAT THERE

Who did what?

HAD TO BE SOME KIND OF MISTAKE, OFFICER KING STATED HE WOULD LOOK INTO, AFTER PLAINTIFF AND MY MOTHER TOLD HIM THAT I HAVE NEVER BEEN ORDERED BY A JUDGE AS A SEX OFFENDER OR BEEN CONVICTED AS A SEX OFFENSE. LATER ON ANOTHER DAY OFFICER JUSTIN KING TOLD ME THAT I EITHER COMPLY WITH THE SEX OFFENDER PROBATION OR GO TO JAIL. I TOLD HIM THAT I WAS A MENTAL HEALTH PATIENT WHO WAS COURT ORDERED TO HAVE A MENTAL HEALTH EVALUATION. OFFICER KING TOLD ME SO WHAT, THAT THE ONLY EVALUATION I WAS GETTING WAS A SEX OFFENDER EVALUATION. I TOLD OFFICER KING THAT I WANTED TO GO BACK IN FRONT OF JUDGE STOKES AND HE STATED ALL THIS WAS IN JUDGE STOKES ORDER. I TOLD HIM HE WAS NOT TELLING THE TRUTH. OFFICER KING TOLD ME THAT I WAS NOT GOING TO ENJOY THE SETTLEMENT MONEY I RECEIVED FROM GILES V. CAMPBELL. I SUFFERED A GREAT DEAL BECAUSE OF THE RETALIATION AND SEX OFFENDER CLASSIFICATION

Was anyone else involved?

HOW I SUFFERED WAS I ULTIMATELY DID NOT GET MY MENTAL HEALTH NEEDS AND MEDICATIONS, DUE TO THE WRONG DONE TO ME, WHICH IT IS DOCUMENTED THAT I AM BIPOLAR AND SUFFER ANXIETY AND TOOK MENTAL HEALTH MEDICATION. WHICH VIOLATED THE HIPPA. ALSO I ENDURED MENTAL RELAPSE DUE THAT OFFICER KING DID THESE THINGS AND DID NOT SIGN ME UP FOR THE MENTAL HEALTH EVALUATION AS COURT ORDER BY JUDGE STOKES. MY MENTAL HEALTH MEDICATION WELBUTRIN HELPED WITH MY MENTAL HEALTH DIAGNOSIS AND MY DRUG CRAVINGS, AND HELPED ME MAKE BETTER DECISIONS. I ALSO LOST JOB OPPORTUNITY AND WAS DENIED OPPORTUNITY TO CERTAIN PROGRAMS, BECAUSE ALOT OF PROGRAMS BAR SEX OFFENDERS. I AM NOT A SEX OFFENDER AND WHAT THEY DID TO ME WAS AND IS WRONG. FURTHER I TOLD OFFICER KING THAT HE AND DOC COULD NOT JUST SENTENCE ON THEIR OWN OR IGNORE MY REAL SENTENCE AND OFFICER KING STATED THAT DOC HAD A RULE THAT WOULD ALLOW THIS AND WAS APPROVED BY THE COMISSIONER AND DOC. ULTIMATELY I ENDED UP IN

PRISON ON A VIOLATION OF PROBATIONS AS CASELOAD TYPE SEX OFFENDER AMONG OTHER VIOLATIONS, ALSO HE KNEW MY LIFE WAS IN DANGER AND DID NOT NOTIFY COURTS

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution? ☑ Yes ☐ No

Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No

If no, explain why not:

Is the grievance process completed? ☑ Yes ☐ No

If no, explain why not:

THEY REFUSED TO EVEN ADDRESS MY GRIEVANCE

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I WANT THE COURT TO PROTECT ME FROM RETALIATION AND ANY FURTHER DURESS I AM SUFFERING AND MY NAME HAS BEEN MARRED AND I'VE BEEN CLASSIFIED A SEX OFFENDER, I WANT MONETARY RELIEF, PUNITIVE DAMAGES AND A HIGHLY PUBLIC APOLOGY. I WANT DAMAGES FOR LOSS OF MARRIAGE AND JOB OPPORTUNITY AND FOR DEFAMATION OF CHARACTER

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

WITHOUT PENOLOGICAL JUSTIFICATION. I WAS ALSO THREATENED

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☑ Yes ☐ No

If yes, how many? 2

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

GILES V CAMPBELL

I WON A RECIEVED MONEY SETTLEMENT THE MONTH OF DECEMBER 2014. THEN ALL THIS STARTED TO OCCUR.
I WAS REPRESENTED BY THE LAW FIRM DLA PIPER

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

3/23/2015
Dated

[signature]
Plaintiff's Signature

GILES WARDELL L
Printed Name (Last, First, MI)

00164355
Prison Identification #

HOWARD R YOUNG CORRECTIONAL INSTITUTE
1301 E. 12TH STREET WILMINGTON DE 19801
Prison Address City State Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

I/M WARDEN GILES
SBI# 00169355 UNIT 2D5
HOWARD R. YOUNG CORRECTIONAL CENTER
P. O. BOX 9561
WILMINGTON, DELAWARE 19809

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 N. KING STREET UNIT 18
WILMINGTON DELAWARE 19801

3/24/2015

19801$3570

